# ORIGINAL

Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE

FORM THIS INDEX NUMBER MUST
BE SHOWN ON ALL PAPERS
FILED WITH THE COURT

Red Chamber Co.

     Plaintiff,

v.

UNITED STATES,

     Defendant.

**SUMMONS**

11-00088

Case #

TO: The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Tina Potuto Kimble
Clerk of the Court

## PROTEST

| | |
|---|---|
| Port of Entry: Long Beach, CA - Port Code 2704 | Date Protest Filed: July 13, 2010 |
| Protest Number: 2704-10-101434 | Date Protest Denied: November 22, 2010 |
| Importer: Red Chamber Co. | |
| Category of Merchandise: Shrimp | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 59542915513 | 04/22/2007 | 02/19/2010 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,

United States Customs & Border Protection
301 E. Ocean Blvd.
Long Beach, California 90802

Address of Customs Port in
Which Protest was Denied

F. Gordon Lee, Attorney
Nossaman, LLP
1666 K Street, NW, Suite 500
Washington, DC 20006
Phone: (202) 887-1463

Name, Address and Telephone Number
of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| | | | | |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Please See Attached Statement

The issue which was common to all such denied protests:

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

_____
Signature of Plaintiff's Attorney

4-7-2011
_____
Date

Attachment to Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

### Other

**State Specifically the Decision [as Described in 19 U.S.C. §1514(a)] and the Protest Claim:**

      Customs liquidated the subject entry changing its designation from a regular entry to a dumping entry under dumping case A-570-893. Customs maintained the shrimp covered by the entry did not meet the dusted shrimp exclusion for the subject dumping case, without ever examining or viewing the shrimp imported by way of the subject entry. Consequently, Customs' decision resulted in the assessment of dumping duties of at least 112.81%. The importer maintains that Customs actions were incorrect and that the merchandise was properly entered and qualified for exclusion from the dumping case and the assessment of dumping duties. The importer contests the decisions of Customs in liquidating the entry as a dumping entry, the decision to assess dumping duties, and Customs' denial of the importer's protest.

_____
*Signature of Plaintiff's Attorney*

4-7-2011
_____
**Date**

RECEIVED & FILED

2011 APR -8  AM 9: 52

U.S. COURT OF
INTERNATIONAL TRADE
OFFICE OF THE CLERK